**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMERICAN TECHNOLOGY**
**INCORPORATED,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:11-cv-108-Orl-22GJK**

**NAC GROUP, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion for Fees and Costs (Doc. No. 253) filed on February 22, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 15, 2011 (Doc. No. 263) is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant's Motion for Fees and Costs (Doc. No. 253) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 3, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge